# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

RACHEL H.,                                        Civil No. 22-1634 (JRT/DLM)

            Plaintiff,

v.                                             **ORDER ON REPORT AND RECOMMENDATION**

KILOLO KIJAKAZI,
Acting Commissioner
of Social Security,

            Defendant.

---

Stephanie M Balmer, **FALSANI, BALMER, PETERSON & BALMER,** 1200 Alworth Bldg, 306 W Superior St, Duluth, MN 55802, for plaintiff.

Kizuwanda Curtis, **SOCIAL SECURITY ADMINISTRATION**, Office of Program Litigation, 6401 Security Boulevard, Baltimore, MD 21235, for defendant.

United States Magistrate Judge Douglas L. Micko filed a Report and Recommendation on June 12, 2023. (Dkt. No. 18.) No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1.      The Report and Recommendation (Dkt. No. 18) is **ADOPTED**;

2.      Plaintiff's Motion for Summary Judgment (Doc. 10) is **DENIED**; and

3.      Defendant's Motion for Summary Judgment (Doc. 15) is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: July 6, 2023
at Minneapolis, Minnesota
                                                                 s/John R. Tunheim
                                                       JOHN R. TUNHEIM
                                     United States District Judge